# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ann Kistler Teague,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:11-cv-340

Michael J. Astrue, Commissioner
of Social Security,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 5, 2012 Order.

    Signed: March 6, 2012

Frank G. Johns, Clerk
United States District Court